BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

DEC 16 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING:<br><br>**7527 Salton Sea Way, Sacramento, California 95831** | CASE NO. 2:12-SW-0711 DAD<br><br>[PROPOSED] ORDER UNSEALING SEARCH WARRANT AND APPLICATION |

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: 12/16/15

_____
HONORABLE ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE